UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FRANCISCO-PASCUAL, Petitioner, v. TODD BLANCHE, et al., Respondents. | Case No.: 26-cv-5852-RSH-DDL **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On October 14, 2026, petitioner Francisco Francisco-Pascual filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner was previously released on bond on April 15, 2014. ECF No. 1-3 at 2. On October 2, 2026, Petitioner was detained by the Department of Homeland Security. ECF No. 1 at 7. Petitioner requests his immediate release. *Id.* at 23.

The Government concedes that Petitioner is subject to detention under 8 U.S.C. § 1226(a) and that he was previously released from immigration custody on bond. ECF No. 4, at 1. The Government does not appear to oppose Petitioner's request for relief and "defer[s] to the Court for the appropriate relief." *Id.* at 2.

//

//

In light of the Government's non-opposition, the Petition is **GRANTED**. The Court **ORDERS** that the Government release petitioner Francisco Francisco-Pascual from immigration custody within **one business day** of the date of this order, subject to the terms of his previous release. This order does not prevent the Government from imposing or modifying conditions of release as may be appropriate. Any request for fees must be made by noticed motion consistent with the Federal Rules of Civil Procedure, the Local Civil Rules of this court, and the undersigned's chambers procedures available on the court's website.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Hon. Robert S. Huie
United States District Judge